UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON LAMPTON #404701                                      CIVIL ACTION

versus                                                     NO. 06-3060

BURL CAIN, WARDEN                                          SECTION: "J" (1)

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Aaron Lampton** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 14th day of March, 2007.

UNITED STATES DISTRICT JUDGE